

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 327
1000 Guadalupe Street
Austin, Texas 78701

Phone: (512) 854-4028
Fax: (512) 854-2268

November 17, 2016

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: **Court of Appeals No. 03-16-00711-CV**
　　Trial Court Cause No. D-1-GN-15-000379

Style: **Saltworks Ventures, Inc., d/b/a Bruegger's Bagels**
　　　　**vs.**
　　　　**Residences at the Spoke, LLC & Transwestern Development Company, LLC**

Dear Mr. Kyle,

I respectfully request a thirty-day extension on this appeal. The record is due on November 17, 2016. Due to court records, appellate records, and my time in court, I will be unable to file the appeal on the date it is due.

Thank you in advance for your consideration in this matter. Please contact me if you have any questions. My e-mail address is alicia.racanelli@traviscountytx.gov.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　/s/ **Alicia Racanelli**

　　　　　　　　　　Alicia Racanelli
　　　　　　　　　　Official Court Reporter